IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAX SEIFERT,                )
                            )
            Plaintiff,      )
                            )
v.                          )   Case No. 11-2327-JTM
                            )
UNIFIED GOVERNMENT OF WYANDOTTE )
COUNTY AND KANSAS, CITY, KANSAS, et al., )
                            )
            Defendants.     )

**ORDER**

Pursuant to the court's order of October 9, 2012 (doc. 173), the plaintiff will depose Assistant U.S. Attorney Terra Morehead at a deposition presided over by the undersigned U.S. Magistrate Judge. By agreement of the parties and Morehead, the deposition is scheduled for October 22, 2012, at 1:30 p.m. The deposition will be held in conference room 211, U.S. Courthouse, 500 State Avenue, Kansas City, Kansas.

Plaintiff is responsible for the scheduling and cost of a court reporter to make the stenographic recording. Plaintiff may arrange for the deposition to be videotaped, provided he complies with the applicable provisions of the Federal Rules of Civil Procedure and the District of Kansas Deposition guidelines.[1]

Dated October 10, 2012, at Kansas City, Kansas.

---

[1] To bring video recording equipment into the courthouse, plaintiff should be prepared to show a copy of this order to the Court Security Officers at the courthouse entrance.

O:\ORDERS\11-2327-JTM-MoreheadDepo.wpd

                                               s/ James P. O'Hara
                                               James P. O'Hara
                                               U.S. Magistrate Judge