# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MAX SEIFERT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 11-cv-02327-JTM |
| ) | |
| **UNIFIED GOVERNMENT OF** ) | |
| **WYANDOTTE COUNTY/KANSAS** ) | |
| **CITY, KANSAS,** ) | |
| **WYANDOTTE COUNTY SHERIFF'S** ) | |
| **DEPARTMENT, SHERIFF** ) | |
| **DONALD ASH, and UNDERSHERIFF** ) | |
| **LARRY ROLAND** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF OFFER AND ACCEPTANCE OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Max Seifert, by and through his counsel, hereby files this Notice of the Offer of Judgment and his Acceptance of Judgment. Attached is the Defendants' Offer of Judgment (Exh 1) and Plaintiff's Acceptance of the Offer of Judgment (Exh 2). Accordingly, Plaintiff respectfully asks the Court to enter judgment for Plaintiff in the amount of $55,125.00, plus the reasonable attorneys' fees and costs as agreed by the parties.

The parties have agreed upon the attorneys' fees to be awarded in the amount of $460,000.00 and expenses of $47,932.39, for a total award of fees and expenses of $507,932.39. The parties therefore request that this Court enter an Order: (1) awarding judgment to Plaintiff in the amount of $55,125.00, and, (2) awarding a total of $507,932.39 in attorneys' fees and expenses.

Respectfully submitted,

MORGAN PILATE, LLC

/s/ Cheryl A. Pilate
Cheryl A. Pilate KS No. 14601
926 Cherry Street
Kansas City, MO 64106
Telephone: 816-471-6694
cpilate@morganpilate.com

and

ARIAGNO, KERNS, MANK & WHITE

/s/ Kurt Kerns
Kurt P. Kerns KS No. 15028
328 N. Main
Wichita, KS 67202
Telephone: 316-265-5511
KurtPKerns@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing document was served on April 11, 2017, on all counsel of record via the Court's electronic filing system.

/s/ Cheryl A. Pilate