IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAX SEIFERT,<br>      Plaintiff,<br><br>vs.<br><br>UNIFIED GOVERNMENT OF WYANDOTTE<br>COUNTY/KANSAS CITY KANSAS,<br>WYANDOTTE COUNTY SHERIFF'S<br>DEPARTMENT,<br>SHERIFF DONALD ASH,<br>and UNDERSHERIFF LARRY ROLAND,<br>      Defendants. | )<br>)<br>)<br>) Case No. 11-CV-2327 JTM/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## OFFER OF JUDGMENT

Defendants, the Unified Government of Wyandotte County/Kansas City, Kansas, the Wyandotte County Sheriff's Office, Sheriff Donald Ash and Undersheriff Larry Roland, pursuant to Fed. R. Civ. P. 68, hereby make Plaintiff an offer of judgment in the amount of Fifty Five Thousand One Hundred and Twenty-Five Dollars ($55,125.00) plus reasonable attorneys' fees and costs allowed by law which have been incurred to date in this cause. This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed as an admission that Defendants are liable in this action, that Plaintiff has suffered any damages, or that Defendants are indebted in any way to Plaintiff.

Respectfully submitted,

STINSON LEONARD STREET LLP

By: */s/ John C. Aisenbrey*
    John C. Aisenbrey, KS #16187
    Misty Cooper Watt, KS #23941
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    Tel: (816) 842-8600
    Fax: (816) 691-3495

john.aisenbrey@stinson.com
misty.watt@stinson.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

It is hereby certified that on the 1st day of December 2016, the above and foregoing Offer of Judgment was served by hand delivery on the following counsel:

MORGAN PILATE LLC
Cheryl A. Pilate
Melanie S. Morgan
926 Cherry Street
Kansas City, MO 64106
Telephone: 816-471-6694
cpilate@morganpilate.com

And by email on the following counsel:

RIAGNO, KERNS, MANIC & WHITE
Kurt P. Kerns
328 N. Main
Wichita, KS 67202
Telephone: 316-265-5511
KurtPKerns@aol.com

　　　　　　　　　　　　　　　　*/s/ John C. Aisenbrey*
　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS

2