IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAX SEIFERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-cv-02327-JTM |
| ) | |
| UNIFIED GOVERNMENT OF ) | |
| WYANDOTTE COUNTY/KANSAS ) | |
| CITY, KANSAS, ) | |
| WYANDOTTE COUNTY SHERIFF'S ) | |
| DEPARTMENT, SHERIFF ) | |
| DONALD ASH, and UNDERSHERIFF ) | |
| LARRY ROLAND ) | |
| ) | |
| Defendants. ) | |

## ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff, by and through counsel, hereby serves written notice under Fed. R. Civ. P. 68 of his acceptance of the Offer of Judgment served on him on December 1, 2016, specifically accepting the following offer: "judgment in the amount of Fifty Five Thousand One Hundred and Twenty-Five Dollars ($55,125.00) plus reasonable attorneys' fees and costs allowed by law which have been incurred [to December 1, 2016] in this cause."

Respectfully Submitted,

MORGAN PILATE, LLC

/s/ Cheryl A. Pilate
Cheryl A. Pilate KS No. 14601
926 Cherry Street
Kansas City, MO 64106
Telephone: 816-471-6694
cpilate@morganpilate.com

and

ARIAGNO, KERNS, MANK & WHITE

1

/s/ Kurt Kerns
Kurt P. Kerns KS No. 15028
328 N. Main
Wichita, KS 67202
Telephone: 316-265-5511
KurtPKerns@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served on December 14, 2016, via email, return receipt requested, on John Aisenbrey at john.aisenbrey@stinson.com, on Misty Cooper Watt at misty.watt@stinson.com, and on Kurt P. Kerns at KurtPKerns@aol.com.

/s/   Cheryl A. Pilate

2