# United States District Court
for the
# District of Kansas

MAX SEIFERT,

        Plaintiff,                                       Civil Action No. 11-2327-JTM

v.

UNIFIED GOVERNMENT OF
WYANDOTTE COUNTY/KANSAS
CITY, KANSAS,
WYANDOTTE COUNTY SHERIFF'S
DEPARTMENT, SHERIFF
DONALD ASH and UNDERSHERIFF
LARRY ROLAND,

        Defendants.

## JUDGMENT IN A CIVIL CASE

       IT IS ORDERED AND ADJUDGED in accordance with the Notice of Offer and Acceptance of Judgment filed April 11, 2017, that judgment is granted in favor of Plaintiff in the amount of $55,125.00, plus attorneys' fees and expenses of $507,932.39.

    Date:   April 17, 2017                TIMOTHY M. O'BRIEN, CLERK OF COURT

                                                    s/  J. Roach
                                                    Deputy Clerk